UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NINA BURLEIGH, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>FEDERAL COMMUNICATIONS COMMISSION,<br><br>　　　　Defendant. | Civil Action No. 25-1268 (ABJ) |

## MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure ("Rule") 6(b), Defendant, Federal Communications Commission, respectfully requests a thirty-day extension of time to July 9, 2025, for Defendant to file its response to the Complaint filed by Plaintiffs, Nina Burleigh and Frequency Forward. Pursuant to Local Civil Rule 7(m), undersigned counsel conferred with counsel for Plaintiffs. Plaintiffs oppose the relief requested.

1. The Complaint states that this is an action under the Freedom of Information Act ("FOIA") pertaining to a FOIA request submitted on February 24, 2025. Compl. (ECF No. 1) ¶ 16. The multi-part FOIA request appears at ECF No. 1 at 12–18.

2. Plaintiff filed the Complaint on April 24, 2025. Plaintiff purported to serve the U.S. Attorney's Office on or about May 8, 2025; however, Plaintiff failed to properly serve the U.S. Attorney's Office because the service package, at least as it appears in the U.S. Attorney's Office's intake folder, failed to include a copy of the complaint. In any event, in the interest of judicial economy, to avoid unnecessary motions practice, and if Defendant is permitted sufficient

time to respond to the Complaint, Defendant does not intend to move to dismiss under Rule 12(b)(4) or 12(b)(5).

3. This action was assigned to undersigned counsel only yesterday, and undersigned counsel requires a brief period of time to confer with the agency to assess the status of the FOIA request, Defendant's defenses, and a path forward.

4. Defendant proposes this thirty-day extension in good faith and not for the purpose of delay. This extension would permit a reasonable time for undersigned counsel to confer with the agency and with Plaintiff regarding any efforts to narrow the FOIA request to allow for a more timely resolution of this action.

5. This is the first request for an extension in this matter.

6. Granting the requested extension will not impact any other deadlines and will serve the interests of justice.

7. Accordingly, Defendant respectfully requests that the deadline to respond to the Complaint be extended through and including July 9, 2025. A proposed order is enclosed.

Dated: June 3, 2025
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: _____/s/ *Douglas C. Dreier*_____
DOUGLAS C. DREIER, D.C. Bar #1020234
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2551

*Attorneys for the United States of America*