UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NINA BURLEIGH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL COMMUNICATIONS COMMISSION, <br><br> Defendant. | Civil Action No. 25-1268 (ABJ) |

**STATUS REPORT**

Pursuant to the Court's Minute Order dated July 2, 2025, Defendant, the Federal Communications Commission ("FCC"), respectfully submits the following status report.

1.       This is an action under the Freedom of Information Act ("FOIA") pertaining to a FOIA request submitted on February 24, 2025.  Compl. (ECF No. 1) ¶ 16.  The FOIA request appears at ECF No. 1 at 12–18.  Plaintiffs filed the Complaint on April 24, 2025, and Defendant filed its Answer on July 1, 2025.

2.       On July 2, 2025, the Court ordered Defendant to file a dispositive motion or, in the alternative, a report setting forth the schedule for the completion of its production of records to Plaintiffs, on or before July 23, 2025.

3.       Given the scope of the FOIA request at issue and the status of Defendant's ongoing search, Defendant respectfully suggests that it is too early to predict when it will issue its final production.  Defendant will continue to diligently process this FOIA request and is committed to making rolling productions to Plaintiffs.

4.       Defendant has commenced searches for potentially responsive records.

5.    Defendant is finalizing an initial production of records and anticipates that production occurring within the next three weeks.

6.    Defendant will continue its search for and review of potentially responsive records and produce any non-exempt records on a rolling basis.  Because the searches are ongoing and Defendant does not yet know, for example, how many pages of potentially responsive documents it will need to review and process, Defendant is not able to estimate the completion date for the production.

7.    Because Defendant has not yet completed its searches and production, Defendant does not yet know whether summary judgment briefing will be necessary.  Defendant intends to work with Plaintiffs with the hope that they can resolve this case without the Court's involvement, but if it eventually anticipates summary judgment briefing, it will propose a briefing schedule at that time after consulting with Plaintiffs.

8.    Therefore, Defendant respectfully requests that the Court order Defendant to file another status report by October 23, 2025.  At that time, Defendant anticipates knowing the page count for potentially responsive records, which will allow for an estimate of a final production date, subject to any consultations or referrals.

*    *    *

Dated:  July 23, 2025                              Respectfully submitted,

                                                   JEANINE FERRIS PIRRO
                                                   United States Attorney


                                        By:      /s/ *Douglas C. Dreier*
                                              DOUGLAS C. DREIER, D.C. Bar #1020234
                                              Assistant United States Attorney
                                              601 D Street, NW
                                              Washington, DC 20530
                                              (202) 252-2551

                                              *Attorneys for the United States of America*

3