UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NINA BURLEIGH,**<br>**FREQUENCY FORWARD**<br><br>Plaintiffs,<br><br>**FEDERAL COMMUNICATIONS COMMISSION**<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 25-1268 (ABJ)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

1. Pursuant to Fed. R. Civ. P. 65, plaintiffs, Nina Burleigh and Frequency Forward, move for entry of a preliminary injunction to enjoin defendant, the Federal Communications Commission's unlawful attempts to impede plaintiff's efforts to obtain agency records concerning contacts between Department of Government Efficiency, also known as the U.S. DOGE Service ("DOGE" or "USDS") or individuals associated with DOGE and FCC Commissioners and managers. Plaintiffs seek an order requiring Defendant, to process Plaintiffs' Freedom of Information Act request and disclose the requested records.

2. The grounds for this motion are set forth in the accompanying memorandum of points and authorities. Plaintiffs request that the Court issue a preliminary injunction requiring Defendant to fully process and produce all non-exempt records along with a *Vaughn* index no later than October 10, 2025.

Respectfully submitted

By: /s/ Arthur Belendiuk
Arthur V. Belendiuk
D.C. Bar No. 336768
Smithwick & Belendiuk, P.C.
5028 Wisconsin Avenue, N.W., #301
Washington, D.C. 20016
(202) 363-4559

Dated: August 25, 2025