# EXHIBIT 1

Mr. Adam Candeub
General Counsel and Designated Agency Ethics Official
Federal Communications Commission
54 L Street, N.E.
Washington, D.C. 20554

Dear Mr. Candeub:

I am a Software Engineer with the Office of the Administrator at the Office Personnel
Management. I propose to donate my services as a gift to the Commission pursuant to section
4(g)(3) of the Communications Act, 47 U.S.C. §154(g)(3), and its implementing regulations
found at 47 C.F.R., §1.3000, et seq.

Specifically, I propose to voluntarily provide services to the FCC to provide support, expertise,
and guidance in facilitating FCC operations and improving information technology (IT) and
other systems and improving FCC and governmental efficiency, transparency, and responsibility.
I expect to provide 40 hours of my time per week for a period of 120 days, which may be
extended for an additional 120 days. The estimated market value of my services for 120 days is
$59,860.

I offer this gift unconditionally, and its acceptance by the Commission is not contingent on any
promise or expectation that the Commission's receipt of the gift will benefit me or any other
person or entity in any regulatory matter. In addition, I offer my services without expectation of
payment and fully understand and agree that I will not receive any compensation therefor from
the Federal Communications Commission. Accordingly, I waive any right to seek payment from
the government for these services in the future.

Sincerely,



Tarak Makecha

# Jacob Altik

(b) (6)

## EDUCATION

**UNIVERSITY OF MICHIGAN LAW SCHOOL**                                                        Ann Arbor, MI
*Juris Doctor*   GPA: 4.004 (*summa cum laude*, Order of the Coif)                              May 2021
Activities:    Michigan Law Review, Federalist Society, Mock Trial,
               1L Oral Advocacy Competition, Fund for American Studies Law Fellowship

**UNIVERSITY OF NEW MEXICO**                                                               Albuquerque, NM
*Master of Arts in Political Science* GPA: 4.02 (ABD)                                          July 2018
Activities:      Midwest Political Science Association Conference, presenter

**GEORGE WASHINGTON UNIVERSITY**                                                           Washington, DC
*Bachelor of Arts in Economics and Bachelor of Arts in International Affairs*                   May 2015
Activities:      Benjamin A. Gilman Scholar, President of the Pi Delta Psi Fraternity

**SOPHIA UNIVERSITY**                                                                        Tokyo, Japan
*Council on International Educational Exchange Program*                                       2013 – 2014

## EXPERIENCE

**THE HONORABLE NEIL M. GORSUCH**, UNITED STATES SUPREME COURT                              Washington, DC
*Law Clerk*, 2025 – 2026

**WEIL, GOTSHAL & MANGES LLP**                                                             Washington, DC
*Associate*, 2023 – Present

**THE HONORABLE NEOMI J. RAO**, UNITED STATES COURT OF APPEALS FOR THE DC CIRCUIT   Washington, DC
*Law Clerk*, 2022 – 2023

**THE HONORABLE JOAN L. LARSEN**, UNITED STATES COURT OF APPEALS FOR THE 6TH CIRCUIT  Ann Arbor, MI
*Law Clerk*, 2021 – 2022

**PROFESSOR EVE PRIMUS**, UNIVERSITY OF MICHIGAN LAW SCHOOL                                  Ann Arbor, MI
*Research Assistant*, 2020 – 2021

**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK: P.L.L.C.**                                     Washington, DC
*Summer Associate*, August 2020

**SIDLEY AUSTIN LLP**                                                                      Washington, DC
*Summer Associate*, July 2020

**NATIONAL REPUBLICAN SENATORIAL COMMITTEE**                                               Washington, DC
*Law Clerk*, June 2020

**PROFESSOR NINA MENDELSON**, UNIVERSITY OF MICHIGAN LAW SCHOOL                               Ann Arbor, MI
*Research Assistant*, 2019 – 2020

**NEW CIVIL LIBERTIES ALLIANCE (PHILIP HAMBURGER)**                                        Washington, DC
*Law Clerk*, May – July 2019

## ADDITIONAL

**Languages**: Japanese
**Interests**: Historical dinner theater; science fiction creative writing; escape rooms; soccer; tennis; basketball

**Daniel Daly**

| | |
|---|---|
| **From:** | Mark Stephens |
| **Sent:** | Friday, March 14, 2025 1:35 PM |
| **To:** | Thomas Buckley; Daniel Daly; Holly Saurer; Ellen Standiford |
| **Subject:** | RE: Bio for DOGE liaison |

Tom – I think there will be another individual coming on Tuesday – I do not have his name at this time.

Thx.

**From:** Thomas Buckley
**Sent:** Friday, March 14, 2025 12:39 PM
**To:** Mark Stephens ; Daniel Daly ; Holly Saurer ; Ellen Standiford
**Subject:** RE: Bio for DOGE liaison


(b) (2)

Thx

**From:** Mark Stephens <Mark.Stephens@fcc.gov>
**Sent:** Friday, March 14, 2025 12:16 PM
**To:** Thomas Buckley <Thomas.Buckley@fcc.gov>; Daniel Daly <Daniel.Daly@fcc.gov>; Holly Saurer
<Holly.Saurer@fcc.gov>; Ellen Standiford <Ellen.Standiford@fcc.gov>
**Subject:** FW: Bio for DOGE liaison

FYI

**From:** Scott Delacourt <Scott.Delacourt@fcc.gov>
**Sent:** Friday, March 14, 2025 11:24 AM
**To:** Allen Hill <Allen.Hill@fcc.gov>
**Cc:** Mark Stephens <Mark.Stephens@fcc.gov>
**Subject:** Bio for DOGE liaison

https://theorg.com/org/skysafe/org-chart/tarak-makecha

Scott Delacourt
Chief of Staff
Federal Communications Commission
45 L Street, NE
Washington, DC 20554
scott.delacourt@fcc.gov

FCC FOIA No. 2025-000636
000004

## Daniel Daly

| | |
|---|---|
| **From:** | Greg Watson |
| **Sent:** | Tuesday, March 18, 2025 10:54 AM |
| **To:** | Chin Yoo; Scott Delacourt |
| **Cc:** | Adam Candeub; Ellen Standiford |
| **Subject:** | RE: doge team |

Yes. We should be open and accommodating with them. They are, after all, official USG employees who are in the process of onboarding here.

**From:** Chin Yoo
**Sent:** Tuesday, March 18, 2025 12:04 AM
**To:** Greg Watson ; Scott Delacourt
**Cc:** Adam Candeub ; Ellen Standiford
**Subject:** RE: doge team

I understand that DOGE folks are meeting with Ellen and Sunny in OMD tomorrow. (b) (5)

**From:** Adam Candeub <Adam.Candeub@fcc.gov>
**Sent:** Monday, March 17, 2025 4:20 PM
**To:** Greg Watson <Gregory.Watson@fcc.gov>; Chin Yoo <Chin.Yoo@fcc.gov>; Ellen Standiford <Ellen.Standiford@fcc.gov>
**Cc:** Scott Delacourt <Scott.Delacourt@fcc.gov>
**Subject:** RE: doge team

(b) (5)

**From:** Greg Watson <Gregory.Watson@fcc.gov>
**Sent:** Monday, March 17, 2025 3:38 PM
**To:** Chin Yoo <Chin.Yoo@fcc.gov>; Ellen Standiford <Ellen.Standiford@fcc.gov>; Adam Candeub <Adam.Candeub@fcc.gov>
**Cc:** Scott Delacourt <Scott.Delacourt@fcc.gov>; Natalie Martinez <Natalie.Martinez@fcc.gov>
**Subject:** Re: doge team

(b) (5)

**From:** Chin Yoo <Chin.Yoo@fcc.gov>
**Sent:** Monday, March 17, 2025 2:35 PM
**To:** Ellen Standiford <Ellen.Standiford@fcc.gov>; Adam Candeub <Adam.Candeub@fcc.gov>
**Cc:** Scott Delacourt <Scott.Delacourt@fcc.gov>; Greg Watson <Gregory.Watson@fcc.gov>; Natalie Martinez <Natalie.Martinez@fcc.gov>
**Subject:** RE: doge team

FCC FOIA No. 2025-000636                                                      000006

**(b) (5)**

**From:** Ellen Standiford <Ellen.Standiford@fcc.gov>
**Sent:** Monday, March 17, 2025 1:26 PM
**To:** Adam Candeub <Adam.Candeub@fcc.gov>; Chin Yoo <Chin.Yoo@fcc.gov>
**Cc:** Scott Delacourt <Scott.Delacourt@fcc.gov>; Greg Watson <Gregory.Watson@fcc.gov>; Natalie Martinez <Natalie.Martinez@fcc.gov>
**Subject:** RE: doge team

**(b) (5)**

**From:** Adam Candeub <Adam.Candeub@fcc.gov>
**Sent:** Monday, March 17, 2025 1:20 PM
**To:** Ellen Standiford <Ellen.Standiford@fcc.gov>; Chin Yoo <Chin.Yoo@fcc.gov>
**Cc:** Scott Delacourt <Scott.Delacourt@fcc.gov>; Greg Watson <Gregory.Watson@fcc.gov>; Natalie Martinez <Natalie.Martinez@fcc.gov>
**Subject:** doge team

**(b) (5)**

Adam Candeub
General Counsel
Federal Communications Commission

NON-PUBLIC -- FOR INTERNAL USE ONLY
PRIVILEGED and CONFIDENTIAL FCC DOCUMENT
ATTORNEY-CLIENT and/or ATTORNEY WORK PRODUCT PRIVILEGE

**Daniel Daly**

| | |
|---|---|
| **From:** | Scott Delacourt |
| **Sent:** | Tuesday, March 18, 2025 10:44 AM |
| **To:** | Chin Yoo; Greg Watson |
| **Cc:** | Adam Candeub; Ellen Standiford |
| **Subject:** | RE: doge team |

Ellen and Sunny may discuss non-public information with the DOGE team.

**From:** Chin Yoo
**Sent:** Tuesday, March 18, 2025 12:04 AM
**To:** Greg Watson ; Scott Delacourt
**Cc:** Adam Candeub ; Ellen Standiford
**Subject:** RE: doge team

I understand that DOGE folks are meeting with Ellen and Sunny in OMD tomorrow. (b) (5)

**From:** Adam Candeub <Adam.Candeub@fcc.gov>
**Sent:** Monday, March 17, 2025 4:20 PM
**To:** Greg Watson <Gregory.Watson@fcc.gov>; Chin Yoo <Chin.Yoo@fcc.gov>; Ellen Standiford <Ellen.Standiford@fcc.gov>
**Cc:** Scott Delacourt <Scott.Delacourt@fcc.gov>
**Subject:** RE: doge team

(b) (5)

**From:** Greg Watson <Gregory.Watson@fcc.gov>
**Sent:** Monday, March 17, 2025 3:38 PM
**To:** Chin Yoo <Chin.Yoo@fcc.gov>; Ellen Standiford <Ellen.Standiford@fcc.gov>; Adam Candeub <Adam.Candeub@fcc.gov>
**Cc:** Scott Delacourt <Scott.Delacourt@fcc.gov>; Natalie Martinez <Natalie.Martinez@fcc.gov>
**Subject:** Re: doge team

(b) (5)

**From:** Chin Yoo <Chin.Yoo@fcc.gov>
**Sent:** Monday, March 17, 2025 2:35 PM
**To:** Ellen Standiford <Ellen.Standiford@fcc.gov>; Adam Candeub <Adam.Candeub@fcc.gov>
**Cc:** Scott Delacourt <Scott.Delacourt@fcc.gov>; Greg Watson <Gregory.Watson@fcc.gov>; Natalie Martinez <Natalie.Martinez@fcc.gov>
**Subject:** RE: doge team

FCC FOIA No. 2025-000636                                                    000008

**(b) (5)**

**From:** Ellen Standiford <Ellen.Standiford@fcc.gov>
**Sent:** Monday, March 17, 2025 1:26 PM
**To:** Adam Candeub <Adam.Candeub@fcc.gov>; Chin Yoo <Chin.Yoo@fcc.gov>
**Cc:** Scott Delacourt <Scott.Delacourt@fcc.gov>; Greg Watson <Gregory.Watson@fcc.gov>; Natalie Martinez <Natalie.Martinez@fcc.gov>
**Subject:** RE: doge team

**(b) (5)**

**From:** Adam Candeub <Adam.Candeub@fcc.gov>
**Sent:** Monday, March 17, 2025 1:20 PM
**To:** Ellen Standiford <Ellen.Standiford@fcc.gov>; Chin Yoo <Chin.Yoo@fcc.gov>
**Cc:** Scott Delacourt <Scott.Delacourt@fcc.gov>; Greg Watson <Gregory.Watson@fcc.gov>; Natalie Martinez <Natalie.Martinez@fcc.gov>
**Subject:** doge team

**(b) (5)**

Adam Candeub
General Counsel
Federal Communications Commission

NON-PUBLIC -- FOR INTERNAL USE ONLY
PRIVILEGED and CONFIDENTIAL FCC DOCUMENT
ATTORNEY-CLIENT and/or ATTORNEY WORK PRODUCT PRIVILEGE

## Daniel Daly

| | |
|---|---|
| **From:** | Allen Hill |
| **Sent:** | Tuesday, March 18, 2025 12:55 PM |
| **To:** | Ellen Standiford; Christopher Webber; Tomas Almonte; SOC; Kathleen Fulp |
| **Cc:** | Vicky Torres; Mark Stephens; Thomas Buckley; Chin Yoo; Adam Candeub; Don Tweedie; David Bowen |
| **Subject:** | RE: DOGE/OPM Employees Onboarding Today |

Ellen..thanks

(b) (2)

Thanks

**Allen Hill**
Chief Information Officer
Federal Communications Commission
45L Street, NE STE 3.442
Washington, DC 20554
O 202-418-0248
M (b) (6)

**"When you learn, teach, when you get, give."**
  - **Maya Angelou**



**From:** Ellen Standiford
**Sent:** Tuesday, March 18, 2025 12:39 PM
**To:** Allen Hill ; Christopher Webber ; Tomas Almonte ; SOC ; Kathleen Fulp
**Cc:** Vicky Torres ; Mark Stephens ; Thomas Buckley ; Chin Yoo ; Adam Candeub
**Subject:** DOGE/OPM Employees Onboarding Today
**Importance:** High

FYI – OCH would like the following 3 current federal employees (from USDS/DOGE or OPM) to be onboarded today; they will either be detailees or experts/consultants gifting their services:

- Tarak Macheka, Software Engineer, OPM
  (b) (2)
- Jordan Wick, Software Engineer, DOGE
- Jacob Altik, Attorney, DOGE

(b) (2)



(b) (2), (b) (5)

Please let me know if I'm missing something. Thanks!

Ellen

**Ellen Standiford**
Chief Human Capital Officer
Human Resources Management
Office of the Managing Director
Federal Communications Commission
202-418-1714
Ellen.Standiford@fcc.gov

2

**Daniel Daly**

| | |
|---|---|
| **From:** | Thomas Buckley |
| **Sent:** | Tuesday, March 18, 2025 12:58 PM |
| **To:** | Ellen Standiford; Allen Hill; Christopher Webber; Tomas Almonte; SOC; Kathleen Fulp |
| **Cc:** | Vicky Torres; Mark Stephens; Chin Yoo; Adam Candeub |
| **Subject:** | RE: DOGE/OPM Employees Onboarding Today |

Ellen – thanks. (b) (2)

Thx

**From:** Ellen Standiford
**Sent:** Tuesday, March 18, 2025 12:39 PM
**To:** Allen Hill ; Christopher Webber ; Tomas Almonte ; SOC ; Kathleen Fulp
**Cc:** Vicky Torres ; Mark Stephens ; Thomas Buckley ; Chin Yoo ; Adam Candeub
**Subject:** DOGE/OPM Employees Onboarding Today
**Importance:** High

FYI – OCH would like the following 3 current federal employees (from USDS/DOGE or OPM) to be onboarded today; they will either be detailees or experts/consultants gifting their services:

- Tarak Macheka, Software Engineer, OPM
  - (b) (2)
- Jordan Wick, Software Engineer, DOGE
- Jacob Altik, Attorney, DOGE

(b) (2), (b) (5)

Please let me know if I'm missing something. Thanks!

Ellen

**Ellen Standiford**

1

Chief Human Capital Officer
Human Resources Management
Office of the Managing Director
Federal Communications Commission
202-418-1714
Ellen.Standiford@fcc.gov

**Daniel Daly**

| | |
|---|---|
| **From:** | David Yarborough |
| **Sent:** | Tuesday, March 18, 2025 11:22 AM |
| **To:** | Vicky Torres; Lauren Northrop; Ethics Approvals |
| **Cc:** | Shaneequa Godfrey; Raenell Drafts; ITISS-NOC |
| **Subject:** | Employee New Hire (Chairman's Office Detail) |
| **Importance:** | High |

**Tarak Makecha's** preliminary adjudication has been approved, and the new hire can start working at the FCC. (b) (2)





V/r,

David Yarborough
Security Specialist
Federal Communications Commission
Security Operations Center (SOC), Room 4.145
202-418-7884 or 7762 (Phone)

**Daniel Daly**

---

| | |
|---|---|
| **From:** | Vicky Torres |
| **Sent:** | Tuesday, March 18, 2025 11:46 AM |
| **To:** | Shaneequa Godfrey; David Yarborough |
| **Cc:** | Ellen Standiford |
| **Subject:** | RE: Employee New Hire (Chairman's Office Detail) |

Ok, thank you.

**From:** Shaneequa Godfrey
**Sent:** Tuesday, March 18, 2025 11:43 AM
**To:** Vicky Torres ; David Yarborough
**Cc:** Ellen Standiford
**Subject:** RE: Employee New Hire (Chairman's Office Detail)

(b) (2)

***Shaneequa Godfrey***
**Security Specialist**
Shaneequa.Godfrey@fcc.gov
**Phone 202-418-2894**
**Unclass Fax: 202-418-1092**
**Security Operations Center**



**From:** Vicky Torres <Vicky.Torres@fcc.gov>
**Sent:** Tuesday, March 18, 2025 11:38 AM
**To:** David Yarborough <David.Yarborough@fcc.gov>
**Cc:** Ellen Standiford <Ellen.Standiford@fcc.gov>
**Subject:** RE: Employee New Hire (Chairman's Office Detail)

Hi David,

(b) (2)

Thanks!
Vicky

**From:** David Yarborough <David.Yarborough@fcc.gov>
**Sent:** Tuesday, March 18, 2025 11:22 AM
**To:** Vicky Torres <Vicky.Torres@fcc.gov>; Lauren Northrop <Lauren.Northrop@fcc.gov>; Ethics Approvals
<Ethics.Approvals@fcc.gov>
**Cc:** Shaneequa Godfrey <Shaneequa.Godfrey@fcc.gov>; Raenell Drafts <Raenell.Drafts@fcc.gov>; ITISS-NOC <ITISS-

FCC FOIA No. 2025-000636

000015

NOC@fcc.gov>

**Subject:** Employee New Hire (Chairman's Office Detail)
**Importance:** High

Tarak Makecha's preliminary adjudication has been approved, and the new hire can start working at the FCC.

(b) (2)





V/r,

David Yarborough
Security Specialist
Federal Communications Commission
Security Operations Center (SOC), Room 4.145
202-418-7884 or 7762 (Phone)

**Daniel Daly**

| | |
|---|---|
| **From:** | Scott Delacourt |
| **Sent:** | Tuesday, February 25, 2025 12:21 PM |
| **To:** | Allen Hill; Ellen Standiford; Adam Candeub |
| **Cc:** | Greg Watson |
| **Subject:** | FCC DOGE team |

Hello all. Consistent with EO 14158, agencies have been directed to establish an internal DOGE team reflecting certain expertise (see highlighted language below). By this email, you are being asked to serve on the FCC's DOGE team, which will include:

- Scott Delacourt (DOGE team lead)
- Allen Hill (for this purpose, and "engineer" – meaning someone knowledgeable about the FCC's IT systems)
- Ellen Standiford (HR specialist)
- Adam Candeub (attorney)

Can you please let me know by reply email if you are willing to serve? Next steps will follow.

* * * * *

(c) DOGE Teams. In consultation with USDS, each Agency Head shall establish within their respective Agencies a DOGE Team of at least four employees, which may include Special Government Employees, hired or assigned within thirty days of the date of this Order. Agency Heads shall select the DOGE Team members in consultation with the USDS Administrator. Each DOGE Team will typically include one DOGE Team Lead, one engineer, one human resources specialist, and one attorney. Agency Heads shall ensure that DOGE Team Leads coordinate their work with USDS and advise their respective Agency Heads on implementing the President's DOGE Agenda.

Scott Delacourt
Chief of Staff
Federal Communications Commission
45 L Street, NE
Washington, DC 20554
scott.delacourt@fcc.gov

EEOC FOIA No. 2025-000436

# Declaration for Federal Employment*

**(*This form may be used to assess fitness for federal contract employment)**

000017

Form Approved
OMB No. 3206-0182

## General Information

**1. FULL NAME** (Provide your full name. If you have only initials in your name, provide them and indicate "Initial only". If you do not have a middle name, indicate "No Middle Name". If you are a "Jr.", "Sr.", etc. enter this under Suffix. First, Middle, Last, Suffix)

Jordan Michael Wick

**2. SOCIAL SECURITY NUMBER** (b) (6)

**3a. PLACE OF BIRTH** (Include city and state or country) (b) (6)   (b) (6)

**3b. ARE YOU A U.S. CITIZEN?**
[X] YES  [ ] NO (If "NO", provide country of citizenship) ◆

**4. DATE OF BIRTH** (MM / DD / YYYY) (b) (6)

**5. OTHER NAMES EVER USED** (For example, maiden name, nickname, etc.)
◆
◆

**6. PHONE NUMBERS** (Include area codes)
Day (b) (6)
Night (b) (6)

## Selective Service Registration

If you are a male born after December 31, 1959, and are at least 18 years of age, civil service employment law (5 U.S.C. 3328) requires that you must register with the Selective Service System, unless you meet certain exemptions.

7a. Were you born a male after December 31, 1959?    [X] YES    [ ] NO (If "NO", proceed to 8.)

7b. Have you registered with the Selective Service System?    [X] YES (If "YES", proceed to 8.)    [ ] NO (If "NO", proceed to 7c.)

7c. If "NO," describe your reason(s) in item 16.

## Military Service

8. Have you ever served in the United States military?    [ ] YES (If "YES", provide information below)    [X] NO

*If your only active duty was training in the Reserves or National Guard, answer "NO."*
*If you answered "YES," list the branch, dates, and type of discharge for all active duty.*

| Branch | From (MM/DD/YYYY) | To (MM/DD/YYYY) | Type of Discharge |
|--------|-------------------|-----------------|-------------------|
|        |                   |                 |                   |
|        |                   |                 |                   |
|        |                   |                 |                   |

## Background Information

**For all questions, provide all additional requested information under item 16 or on attached sheets.** The circumstances of each event you list will be considered. However, in most cases you can still be considered for Federal jobs.

For questions 9,10, and 11, your answers should include convictions resulting from a plea of *nolo contendere* (no contest), but omit (1) traffic fines of $300 or less, (2) any violation of law committed before your 16th birthday, (3) any violation of law committed before your 18th birthday if finally decided in juvenile court or under a Youth Offender law, (4) any conviction set aside under the Federal Youth Corrections Act or similar state law, and (5) any conviction for which the record was expunged under Federal or state law .

9. During the last 7 years, have you been convicted, been imprisoned, been on probation, or been on parole? (Includes felonies, firearms or explosives violations, misdemeanors, and all other offenses.) *If "YES," use item 16 to provide the date, explanation of the violation, place of occurrence, and the name and address of the police department or court involved.*    [ ] YES    [X] NO

10. Have you been convicted by a military court-martial in the past 7 years? (If no military service, answer "NO.") If "YES," use item 16 to provide the date, explanation of the violation, place of occurrence, and the name and address of the military authority or court involved.    [ ] YES    [X] NO

11. Are you currently under charges for any violation of law? *If "YES," use item 16 to provide the date, explanation of the charges, place of occurrence, and the name and address of the police department or court involved.*    [ ] YES    [X] NO

12. During the last 5 years, have you been fired from any job for any reason, did you quit after being told that you would be fired, did you leave any job by mutual agreement because of specific problems, or were you debarred from Federal employment by the Office of Personnel Management or any other Federal agency? *If "YES," use item 16 to provide the date, an explanation of the problem, reason for leaving, and the employer's name and address.*    [ ] YES    [X] NO

13. Are you delinquent on any Federal debt? (Includes delinquencies arising from Federal taxes, loans, overpayment of benefits, and other debts to the U.S. Government, plus defaults of Federally guaranteed or insured loans such as student and home mortgage loans.) *If "YES," use item 16 to provide the type, length, and amount of the delinquency or default, and steps that you are taking to correct the error or repay the debt.*    [ ] YES    [X] NO

U.S. Office of Personnel Management

5 U.S.C. 1302, 3301, 3304, 3328 & 8716

Optional Form 306
Revised August 2023
Previous editions obsolete and unusable

# Declaration for Federal Employment*

OF 306 OMB No. 3206-0182

Form Approved:
OMB No. 3206-0182

**(*This form may also be used to assess fitness for federal contract employment)**

## Additional Questions

14. Do any of your relatives work for the agency or government organization to which you are submitting this form? (Include: father, mother, husband, wife, son, daughter, brother, sister, uncle, aunt, first cousin, nephew, niece, father-in-law, mother-in-law, son-in-law, daughter-in-law, brother-in-law, sister-in-law, stepfather, stepmother, stepson, stepdaughter, stepbrother, stepsister, half-brother, and half-sister.) *If "YES," use item 16 to provide the relative's name, relationship, and the department, agency, or branch of the Armed Forces for which your relativeworks.*   ☐ YES  ☒ NO

15. Do you receive, or have you ever applied for, retirement pay, pension, or other retired pay based on military, Federal civilian, or District of Columbia Government service?   ☐ YES  ☒ NO

## Continuation Space / Agency Optional Questions

16. Provide details requested in items 7 through 15 and 18c in the space below or on attached sheets. Be sure to identify attached sheets with your name, Social Security Number, and item number, and to include ZIP Codes in all addresses. If any questions are printed below, please answer as instructed *(these questions are specific to your position and your agency is authorized to ask them).*

## Certifications / Additional Questions

**APPLICANT:** If you are applying for a position and received a tentative/conditional job offer or have not yet been selected, carefully review your answers on this form and any attached sheets.

**APPOINTEE: If you are being appointed,** carefully review your answers on this form and any attached sheets, including any other application materials that your agency has attached to this form. If any information requires correction to be accurate as of the date you are signing, make changes on this form or the attachments and/or provide updated information on additional sheets, initialing and dating all changes and additions. When this form and all attached materials are accurate, read item 17, complete 17b, read 18, and answer 18a, 18b, and 18c as appropriate.

17. **I certify** that, to the best of my knowledge and belief, all of the information on and attached to this Declaration for Federal Employment, including any attached application materials, is true, correct, complete, and made in good faith. **I understand that a false or fraudulent answer to any question or item on any part of this declaration or its attachments may be grounds for not hiring me, or for firing me after I begin work, and may be punishable by fine or imprisonment. I understand** that any information I give may be investigated for purposes of determining eligibility for Federal employment as allowed by law or Presidential order. **I consent** to the release of information about my ability and fitness for Federal employment by employers, schools, law enforcement agencies, and other individuals and organizations to investigators, personnel specialists, and other authorized employees or representatives of the Federal Government. **I understand** that for financial or lending institutions, medical institutions, hospitals, health care professionals, and some other sources of information, a separate specific release may be needed, and I may be contacted for such a release at a later date.

| | |
|---|---|
| 17a. Applicant's Signature: (b) (6) | Date: 03/18/2025 (MM / DD / YYYY) |
| 17b. Appointee's Signature: | Date: (MM / DD / YYYY) |

**Appointing Officer:**
Enter Date of Appointment or Conversion
MM / DD / YYYY

18. **Appointee (Only respond if you have been employed by the Federal Government before):** Your elections of life insurance during previous Federal employment may affect your eligibility for life insurance during your new appointment. These questions are asked to help your personnel office make a correct determination.

| | |
|---|---|
| 18a. When did you leave your last Federal job? | Date: (MM / DD / YYYY) |
| 18b. When you worked for the Federal Government the last time, did you waive Basic Life Insurance or any type of optional life insurance? | ☐ YES  ☐ NO  ☐ DO NOT KNOW |
| 18c. If you answered "YES" to item 18b, did you later cancel the waiver(s)? If your answer to item 18c is "NO," use item 16 to identify the type(s) of insurance for which waivers were not canceled. | ☐ YES  ☐ NO  ☐ DO NOT KNOW |

U.S. Office of Personnel Management

5 U.S.C. 1302, 3301, 3304, 3328 & 8716

Optional Form 306
Revised August 2023
Previous editions obsolete and unusable

**Kristi Thompson**

| | |
|---|---|
| **From:** | Vicky Torres |
| **Sent:** | Tuesday, March 18, 2025 3:34 PM |
| **To:** | Kathleen Fulp; Lauren Northrop |
| **Cc:** | Ellen Standiford |
| **Subject:** | onboarding-Jordan Wick (please expedite) |
| **Attachments:** | 2025_03_18_15_07_03.pdf |

Good afternoon,

(b) (2)

(b) (5)

(b) (5)

Thanks so much!
Vicky



# Federal Communications Commission
## Washington, DC 20554

### Financial Interests Certification

- I have received copies of the following documents, have read and understand each one:
    - Standards of Ethical Conduct for Employees of the Executive Branch, and particularly:
        - 5 CFR 2635, Subpart D (Conflicting Financial Interests)
        - 5 CFR 2635, Subpart E (Impartiality in Performing Official Duties)
    - Supplemental Standards of Ethical Conduct for Employees of the Federal Communications Commission (5 CFR 3901)
    - Supplemental Financial Disclosure Requirements for Employees of the Federal Communications Commission (5 CFR 3902)
    - Federal Communications Commission Employee Responsibilities and Conduct (Title 47, Chapter 1, Part 19, 19.735-101 through 203 (particularly §202))

- In order to assure my compliance with these regulations and to facilitate any necessary conflict of interest determination for financial interests held by myself, my spouse, or minor children, I certify that I and/or my family (check one):

    [✓] **DO** currently hold financial interests in a corporation, company, firm, mutual fund, trust or other business enterprise.

    [ ] **DO NOT** currently hold financial interests in a corporation, company, firm, mutual fund, trust or other business enterprise.

- I understand that this certification covers all interests, and is not limited to entities considered to be communications-related.

- I have also received a copy of the FCC Directive, FCC Instruction 1139.1, "*Management of Non-Public Information*" and understand my obligation to become familiar with and follow the procedures contained in this directive.

| Applicant's Name (printed) | Jordan Wick | |
|---|---|---|
| | | This block is for OGC use only. |
| Applicant's Signature | (b) (6) | Date 3/18/2 |

FCC Office of General Counsel Approval

| OGC Ethics Official Name & Title | |
|---|---|
| Signature | Date |

**Kristi Thompson**

| | |
|---|---|
| **From:** | Vicky Torres |
| **Sent:** | Tuesday, March 18, 2025 3:59 PM |
| **To:** | Lauren Northrop |
| **Cc:** | Kathleen Fulp; Ellen Standiford |
| **Subject:** | RE: RECEIVED Part 19 for Jordan Wick, OPM Detail to OCH (RUSH) |
| **Attachments:** | 2025_03_18_15_08_15.pdf |

Thank you, Lauren.

████████████████████ (b) (2) ████████████████████

Thanks!
Vicky

**From:** Lauren Northrop
**Sent:** Tuesday, March 18, 2025 3:48 PM
**To:** Vicky Torres
**Cc:** Kathleen Fulp ; Ellen Standiford
**Subject:** RECEIVED Part 19 for Jordan Wick, OPM Detail to OCH (RUSH)
**Importance:** High

Hi, Vicky.

Received, thank you. ███ (b) (2), (b) (5) ████████████

████████████████████

Lauren

Lauren Northrop
Ethics Program Manager
Office of General Counsel

*** Non-Public: For Internal Use Only ***

**From:** Vicky Torres <Vicky.Torres@fcc.gov>
**Sent:** Tuesday, March 18, 2025 3:34 PM
**To:** Kathleen Fulp <Kathleen.Fulp@fcc.gov>; Lauren Northrop <Lauren.Northrop@fcc.gov>
**Cc:** Ellen Standiford <Ellen.Standiford@fcc.gov>
**Subject:** onboarding-Jordan Wick (please expedite)

Good afternoon,

████████████ (b) (2) ████████████████ (5) ████
████ (b) (5) ████████████

1

FCC FOIA No. 2025-000636
000022

Thanks so much!
Vicky

Mr. Adam Candeub
General Counsel and Designated Agency Ethics Official
Federal Communications Commission
54 L Street, N.E.
Washington, D.C. 20554

Dear Mr. Candeub:

I am a Software Engineer with the Department of Government Efficiency within the Executive
Office of the President. I propose to donate my services as a gift to the Commission pursuant to
section 4(g)(3) of the Communications Act, 47 U.S.C. §154(g)(3), and its implementing
regulations found at 47 C.F.R., §1.3000, et seq.

Specifically, I propose to voluntarily provide services to the FCC to provide support, expertise,
and guidance in facilitating FCC operations and improving information technology (IT) and
other systems and improving FCC and governmental efficiency, transparency, and responsibility.
I expect to provide 40 hours of my time per week for a period of 120 days, which may be
extended for an additional 120 days. The estimated market value of my services for 120 days is
$59,860.

I offer this gift unconditionally, and its acceptance by the Commission is not contingent on any
promise or expectation that the Commission's receipt of the gift will benefit me or any other
person or entity in any regulatory matter. In addition, I offer my services without expectation of
payment and fully understand and agree that I will not receive any compensation therefor from
the Federal Communications Commission. Accordingly, I waive any right to seek payment from
the government for these services in the future.

Sincerely,



Jordan Wick

FCC FOIA No. 2025-000636

Memorandum of Agreement for Detail between
The Office of Personnel Management and the Federal Communications Commission

Reimbursable Detail

1. The Department of Government Efficiency (DOGE) within the Executive Office of the President hereby enters into an agreement for the temporary detail of Jordan Wick (Detailee) from DOGE to Federal Communications Commission (FCC). Consistent with government-wide and presidential transition-related policy direction, FCC has immediate and critical need for rapid and thorough research and analysis available from DOGE of the sort that the agency is not equipped to handle on its own.

This detail shall be made on a reimbursable basis in accordance with the provisions set forth herein.

## 2. AUTHORITIES

The Economy Act, 31 U.S.C. § 1535, provides that an agency may place an order with a major organizational unit within the same agency or another agency for goods or services if: (A) amounts are available; (B) the ordering agency decides the order is in the best interest of the United States Government; (C) the agency to fill the order is able to provide or get by contract the ordered goods or services; and (D) the agency decides ordered goods or services cannot be provided by contract as conveniently or cheaply by a commercial enterprise (payments must be made on the basis of the actual cost of goods or services provided). It is the judgment of the parties that these four criteria are met, here.

## 3. PERIOD OF AGREEMENT

A. When signed by both parties, this agreement is effective beginning the first day on which the Detailee performed work for FCC and shall remain in effect for a period not to exceed 120 days and may be extended for up to 120 additional days, subject to the availability of appropriations.

B. The agreement may be terminated unilaterally by either party through written notice provided at least 14 calendar days prior.

C. The agreement may be otherwise modified or extended at any time by mutual consent of the parties.

## 4. TERMS AND CONDITIONS

A. DUTIES: During the period of the detail Jordan Wick will be detailed from his present position as a Software Engineer with the DOGE to a set of duties with FCC. The Detailee's duties and responsibilities will include but not limited to:

- Providing support, expertise, and guidance in facilitating FCC operations.

- Improving information technology (IT) and other systems and improving FCC and governmental efficiency, transparency, and responsibility.

B. Goals of the Detail Assignment: The purpose of this role is to provide FCC with experienced assistance by contributing specialized skills across various agency projects. The Detailee, in coordination with the FCC team, will contribute to FCC tasks as assigned.

C. Controls over Work: The Detailee will report to FCC for the duration of this assignment. When performing work under this agreement at FCC facilities and/or on US equipment, the Supervisor of the Detailee will be the Office of the Chairman.

D. OPM will achieve full cost recovery for goods and services it is providing under this agreement.

E. Time and Attendance. Detailee's time and attendance will be maintained by FCC and DOGE. FCC timekeeper will report Detailee's time and attendance to _____ on a biweekly basis and will advise DOGE of the type and amount of any leave used during that period.

F. Employee Evaluations. Upon request by DOGE, FCC will provide in writing a descriptive evaluation of Detailee's performance.

G. FCC agrees to perform the following additional responsibilities: provide technical and operational support to Detailee for all FCC activities; and provide office space, IT, and administrative support for the duration of the detail.

5. ACCOUNTING DATA:

A. DOGE shall present to FCC a periodic billing statement for the time expended by the Detailee.
B. This Agreement will be reviewed and funded utilizing the General Terms and Conditions (GT&C) (FS Form 7600A) and the Order (FS Form 7600B) and appropriate obligating documents to ensure all terms, conditions, pricing, point of contact information, etc., are still applicable.
C. In determining the reimbursement rate for the Detailee's services, the parties agree to use the Detailee's salary applicable at the time the Detailee performs the work, to include locality pay and benefits, divided by the time actually expended by the Detailee related to the services rendered.
D. The statement shall also include a recitation of the total dollar amount to be reimbursed to DOGE by FCC.
E. Upon presentation of the billing statement (time) and/or itemized billing statement (costs), FCC shall make payment to DOGE via the U.S. Treasury's intra-governmental payment and collection system (IPAC).

6. RULES, REGULATIONS, AND POLICIES:

    A. The Detailee is subject to the Federal statutory and regulatory provisions that govern ethical and other standards of conduct governing both OPM and FCC, conflicts of interest, and limitations on political activity (18 U.S.C. §§ 203, 205, 207, and 208, 5 C.F.R. Parts 2635 and 4501, Ethics and Standards of Conduct, and 5 U.S.C. §§ 7321 – 7326, 5 C.F.R. Part 733, and 5 C.F.R. Part 734).

    B. Consistent with the implementing regulations of 5 C.F.R. part 2634, the Detailee should continue to file his/her required financial disclosure reports with OPM while on detail.

    C. OPM is responsible for ensuring that the Detailee receives required ethics training.

    D. The Detailee will comply with governing statutes, regulations, or directives, including but not limited to FISMA, FITARA, the Privacy Act, the Federal Acquisition Regulation, and the Trade Secrets Act.

    E. The Detailee will not take any measures that create cybersecurity risks to systems.

    F. The Detailee will comply with all relevant federal, security, ethics, and confidentiality laws, regulations, and policies, including records management and information security requirements, when accessing systems.

    G. The Detailee will access data, information, and systems for only legitimate purposes, including but not limited to IT modernization, the facilitation of operations, and the improvement of Government efficiency.

    H. The Detailee will not access, or attempt to access, classified information without proper security clearance and the need to know.

    I. The Detailee will comply with the requirements of the Privacy Act for systems that collect information on individuals, including, if necessary, publishing or amending Systems of Records Notices to adequately account for the information it collects.

    J. Upon completion of the Detailee's work at FCC, the Detailee will handle data or information according to records retention law, litigation holds, and any other applicable requirements.

    K. The Detailee will, to the greatest exten[t possible, use the p]rogram agency system documentation to understand how to u[se the data and in]formation which is being accessed.

    L. The Detailee will have access, to the extent consistent with law, to data systems to enable Detailee to perform the work described above. When performing work, Detailee will be treated as an employee of FCC for purposes of data access.

7. LOCATION OF WORK ASSIGNMENT:

The Detailee's work location shall be at the FCC per direction of FCC Supervisor.

FCC FOIA No. 2025-000636

000028
Page 4

8. SIGNATURES:

_____            _____
                                             Date


_____            _____
Scott Delacourt                              Date
Chief of Staff
Federal Communications Commission

# Jordan Michael Wick

Github: https://github.com/jomanw                                    (b) (6)
Website: https://jordanwick.com/                                     (b) (6)

---

## EDUCATION

**Massachusetts Institute of Technology (MIT)**                      **Cambridge, MA**
*M.Eng, Computer Science; AI Concentration*                          August 2019 - June 2020

**Massachusetts Institute of Technology (MIT)**                      **Cambridge, MA**
*B.S., Computer Science; Minor in Mathematics*                       August 2015 - June 2019

**Relevant Coursework:** Reinforcement Learning, Natural Language Processing, Computational Classical Mechanics, Scientific Computation, Computational Biology, Computation Structures, Nonlinear Dynamics of Continuum Systems

**Key Languages/Frameworks:** TypeScript, NextJS/React, Python, C++, Julia, SQL

---

## EXPERIENCE

**Intercept (YC W24)**                                               **San Francisco, CA**
*Cofounder / CTO*                                                    September 2023 - November 2024
- Architected and built an end-to-end platform that automated the ingestion, standardization, and analysis of retailer fees, combining AI/ML models with traditional web scrapers for high-accuracy data extraction
- Developed the full-stack customer platform featuring interactive dashboards and analytics tools for fee optimization, while managing all technical infrastructure and engineering decisions
- Navigated the idea maze with my cofounder - from early customer discovery and product validation, to direct sales at industry trade shows.
- Hired and managed multiple engineering contractors and employees.

**Waymo**                                                           **Mountain View, CA**
*Software Engineer, Performance Architecture*                        October 2020 - March 2023
- Collaboratively identified and landed multiple projects to improve performance, significantly decreasing latency
- Significantly improved, expanded, and migrated an internal C++ library for safely handling concurrency
- Created workflow for identifying and triaging rare-situation performance regressions before they go onboard

**Loon (Former Google X Project)**                                   **Mountain View, CA**
*Software Engineering Intern*                                        June 2019 - August 2019
- Informing development of network coverage simulations using network coverage data visualizations
- Created new data pipelines to verify accuracy of network simulations

**Flexport**                                                        **San Francisco, CA**
*Software Engineering Intern*                                        June 2018 - August 2018
- Redesigned user flow for booking shipments, significantly reducing the time and cost to serve each customer

**Northrop Grumman Corporation**                                     **San Diego, CA**
*Software Development / AI Intern*                                    May 2017 - August 2017
- Created a model to allow the automatic tracking of a ground target by an Air Vehicle using **Deep-Q Networks**
- Developed plugin enabling **visualization** of the flight path of the Fire Scout autonomous helicopter simulation

**NASA Goddard Space Flight Center**                                 **Greenbelt, MD**
*Engineering Intern*                                                 January 2017 - February 2017
- Created system to detect failures in MOSFETs due to radiation events in space
- Developed data analysis system for onboard radiation sensors, for a CubeSat experiment set to launch in 2019

**Ask me about:** Open-Endedness, CPG Industry, Wrestling, Cattle Farming, Running vertical-specific hackathons

# Declaration for Federal Employment*

Form Approved:
OMB No. 3206-0182

(*This form may also be used to assess fitness for federal contract employment)

## Instructions

The information collected on this form is used to determine your acceptability for Federal and Federal contract employment and your enrollment status in the Government's Life Insurance program. Most applicants are asked to complete this form after a tentative offer of employment has been made; however, depending on your position, you may be asked to complete this form earlier during the hiring process. Follow instructions that the agency provides. Before you are appointed you will be asked to update your responses on this form and on other materials submitted during the application process and then to recertify that your answers are true.

All your answers must be truthful and complete. **A false statement on any part of this declaration or attached forms or sheets may be grounds for not hiring you, or for firing you after you begin work. Also, you may be punished by a fine or imprisonment (U.S. Code, title 18, section 1001).**

Either type your responses on this form or print clearly in dark ink. If you need additional space, attach letter-size sheets (8.5" X 11"). Include your name, Social Security Number, and item number on each sheet. We recommend that you keep a photocopy of your completed form for your records.

## Privacy Act Statement

The Office of Personnel Management is authorized to request this information under sections 1302, 3301, 3304, 3328, and 8716 of title 5, U. S. Code. Section 1104 of title 5 allows the Office of Personnel Management to delegate personnel management functions to other Federal agencies. If necessary, and usually in conjunction with another form or forms, this form may be used in conducting an investigation to determine your suitability or your ability to hold a security clearance, and it may be disclosed to authorized officials making similar, subsequent determinations.

Your Social Security Number (SSN) is needed to keep our records accurate, because other people may have the same name and birth date. Public Law 104-134 (April 26, 1996) asks Federal agencies to use this number to help identify individuals in agency records. Giving us your SSN or any other information is voluntary. However, if you do not give us your SSN or any other information requested, we cannot process your application. Incomplete addresses and ZIP Codes may also slow processing.

ROUTINE USES: Any disclosure of this record or information in this record is in accordance with routine uses found in System Notice OPM/GOVT-1, General Personnel Records. This system allows disclosure of information to: training facilities; organizations deciding claims for retirement, insurance, unemployment, or health benefits; officials in litigation or administrative proceedings where the Government is a party; law enforcement agencies concerning a violation of law or regulation; Federal agencies for statistical reports and studies; officials of labor organizations recognized by law in connection with representation of employees; Federal agencies or other sources requesting information for Federal agencies in connection with hiring or retaining, security clearance, security or suitability investigations, classifying jobs, contracting, or issuing licenses, grants, or other benefits; public and private organizations, including news media, which grant or publicize employee recognitions and awards; the Merit Systems Protection Board, the Office of Special Counsel, the Equal Employment Opportunity Commission, the Federal Labor Relations Authority, the National Archives and Records Administration, and Congressional offices in connection with their official functions; prospective non-Federal employers concerning tenure of employment, civil service status, length of service, and the date and nature of action for separation as shown on the SF 50 (or authorized exception) of a specifically identified individual; requesting organizations or individuals concerning the home address and other relevant information on those who might have contracted an illness or been exposed to a health hazard; authorized Federal and non-Federal agencies for use in computer matching; spouses or dependent children asking whether the employee has changed from a self-and-family to a self-only health benefits enrollment; individuals working on a contract, service, grant, cooperative agreement, or job for the Federal government; non-agency members of an agency's performance or other panel; and agency-appointed representatives of employees concerning information issued to the employees about fitness-for-duty or agency-filed disability retirement procedures.

## Public Burden Statement

Public burden reporting for this collection of information is estimated to vary from 5 to 30 minutes with an average of 15 minutes per response, including time for reviewing instructions, searching existing data sources, gathering the data needed, and completing and reviewing the collection of information. Send comments regarding the burden estimate or any other aspect of the collection of information, including suggestions for reducing this burden, to the U.S. Office of Personnel Management, Reports and Forms Manager (3206-0182), Washington, DC 20415-7900. The OMB number, 3206-0182, is valid. OPM may not collect this information, and you are not required to respond, unless this number is displayed.

U.S. Office of Personnel Management

5 U.S.C. 1302, 3301, 3304, 3328 & 8716

Optional Form 306
Revised August 2023
Previous editions obsolete and unusable

Form Approved:
OMB No. 3206-0182

# Declaration for Federal Employment

(*This form may also be used to assess fitness for federal contract employment)

## General Information

**1. FULL NAME** (Provide your full name. If you have only initials in your name, provide them and indicate "Initial only". If you do not have a middle name, indicate "No Middle Name". If you are a "Jr.," "Sr.," etc. enter this under Suffix.  First, Middle, Last, Suffix)

◆ Tarak Narendra Makecha

| **2. SOCIAL SECURITY NUMBER** | **3a. PLACE OF BIRTH** (Include city and state or country) |
|---|---|
| ◆ (b) (6) | ◆ (b) (6) |

**3b. ARE YOU A U.S. CITIZEN?**

[✓] YES  [ ] NO (If "NO", provide country of citizenship) ◆

**4. DATE OF BIRTH** (MM / DD / YYYY)

◆ (b) (6)

**5. OTHER NAMES EVER USED** (For example, maiden name, nickname, etc.)

◆

◆

**6. PHONE NUMBERS** (Include area codes)

Day ◆ (b) (6)

Night ◆ (b) (6)

## Selective Service Registration

If you are a male born after December 31, 1959, and are at least 18 years of age, civil service employment law (5 U.S.C. 3328) requires that you must register with the Selective Service System, unless you meet certain exemptions.

7a. Were you born a male after December 31, 1959?  [✓] YES  [ ] NO (If "NO," proceed to 8.)

7b. Have you registered with the Selective Service System?  [✓] YES (If "YES", proceed to 8.)  [ ] NO (If "NO," proceed to 7c.)

7c. If "NO," describe your reason(s) in item 16.

## Military Service

8. Have you ever served in the United States military?  [ ] YES (If "YES," provide information below)  [ ] NO

*If your only active duty was training in the Reserves or National Guard, answer "NO."*

*If you answered "YES," list the branch, dates, and type of discharge for all active duty.*

| Branch | From (MM/DD/YYYY) | To (MM/DD/YYYY) | Type of Discharge |
|---|---|---|---|
| Army | 05/23/2008 | 07/15/2013 | Honorable |
| | | | |
| | | | |

## Background Information

**For all questions, provide all additional requested information under item 16 or on attached sheets.** The circumstances of each event you list will be considered. However, in most cases you can still be considered for Federal jobs.

For questions 9,10, and 11, your answers should include convictions resulting from a plea of *nolo contendere* (no contest), but omit (1) traffic fines of $300 or less, (2) any violation of law committed before your 16th birthday, (3) any violation of law committed before your 18th birthday if finally decided in juvenile court or under a Youth Offender law, (4) any conviction set aside under the Federal Youth Corrections Act or similar state law, and (5) any conviction for which the record was expunged under Federal or state law .

| 9. | During the last 7 years, have you been convicted, been imprisoned, been on probation, or been on parole? (Includes felonies, firearms or explosives violations, misdemeanors, and all other offenses.) *If "YES," use item 16 to provide the date, explanation of the violation, place of occurrence, and the name and address of the police department or court involved.* | [ ] YES [✓] NO |
|---|---|---|
| 10. | Have you been convicted by a military court-martial in the past 7 years? *(If no military service, answer "NO.")* If "YES," use item 16 to provide the date, explanation of the violation, place of occurrence, and the name and address of the military authority or court involved. | [ ] YES [✓] NO |
| 11. | Are you currently under charges for any violation of law? *If "YES," use item 16 to provide the date, explanation of the charges, place of occurrence, and the name and address of the police department or court involved.* | [ ] YES [✓] NO |
| 12. | During the last 5 years, have you been fired from any job for any reason, did you quit after being told that you would be fired, did you leave any job by mutual agreement because of specific problems, or were you debarred from Federal employment by the Office of Personnel Management or any other Federal agency? *If "YES," use item 16 to provide the date, an explanation of the problem, reason for leaving, and the employer's name and address.* | [ ] YES [✓] NO |
| 13. | Are you delinquent on any Federal debt? (Includes delinquencies arising from Federal taxes, loans, overpayment of benefits, and other debts to the U.S. Government, plus defaults of Federally guaranteed or insured loans such as student and home mortgage loans.) *If "YES," use item 16 to provide the type, length, and amount of the delinquency or default, and steps that you are taking to correct the error or repay the debt.* | [ ] YES [✓] NO |

U.S. Office of Personnel Management

5 U.S.C. 1302, 3301, 3304, 3328 & 8716

Optional Form 306
Revised August 2023
Previous editions obsolete and unusable

Form Approved:
OMB No. 3206-0182

# Declaration for Federal Employment*

**(*This form may also be used to assess fitness for federal contract employment)**

## Additional Questions

14. Do any of your relatives work for the agency or government organization to which you are submitting this form? (Include: father, mother, husband, wife, son, daughter, brother, sister, uncle, aunt, first cousin, nephew, niece, father-in-law, mother-in-law, son-in-law, daughter-in-law, brother-in-law, sister-in-law, stepfather, stepmother, stepson, stepdaughter, stepbrother, stepsister, half-brother, and half-sister.) *If "YES," use item 16 to provide the relative's name, relationship, and the department, agency, or branch of the Armed Forces for which your relativeworks.*

☐ YES  ☑ NO

15. Do you receive, or have you ever applied for, retirement pay, pension, or other retired pay based on military, Federal civilian, or District of Columbia Government service?

☐ YES  ☑ NO

## Continuation Space / Agency Optional Questions

16. Provide details requested in items 7 through 15 and 18c in the space below or on attached sheets. Be sure to identify attached sheets with your name, Social Security Number, and item number, and to include ZIP Codes in all addresses. If any questions are printed below, please answer as instructed *(these questions are specific to your position and your agency is authorized to ask them).*

# I am a current employee of OPM being detailed to FCC.

## Certifications / Additional Questions

**APPLICANT:** If you are applying for a position and received a tentative/conditional job offer or have not yet been selected, carefully review your answers on this form and any attached sheets.

**APPOINTEE: If you are being appointed,** carefully review your answers on this form and any attached sheets, including any other application materials that your agency has attached to this form. If any information requires correction to be accurate as of the date you are signing, make changes on this form or the attachments and/or provide updated information on additional sheets, initialing and dating all changes and additions. When this form and all attached materials are accurate, read item 17, complete 17b, read 18, and answer 18a, 18b, and 18c as appropriate.

17. **I certify** that, to the best of my knowledge and belief, all of the information on and attached to this Declaration for Federal Employment, including any attached application materials, is true, correct, complete, and made in good faith. **I understand that a false or fraudulent answer to any question or item on any part of this declaration or its attachments may be grounds for not hiring me, or for firing me after I begin work, and may be punishable by fine or imprisonment. I understand** that any information I give may be investigated for purposes of determining eligibility for Federal employment as allowed by law or Presidential order. **I consent** to the release of information about my ability and fitness for Federal employment by employers, schools, law enforcement agencies, and other individuals and organizations to investigators, personnel specialists, and other authorized employees or representatives of the Federal Government. **I understand** that for financial or lending institutions, medical institutions, hospitals, health care professionals, and some other sources of information, a separate specific release may be needed, and I may be contacted for such a release at a later date.

17a. Applicant's Signature: TARAK MAKECHA  <span style="font-size:small">Digitally signed by TARAK MAKECHA Date: 2025.03.18 10:53:25 -04'00'</span>   Date: 03/18/2025
(MM / DD / YYYY)

17b. Appointee's Signature: _____  Date: _____
(MM / DD / YYYY)

**Appointing Officer:**
Enter Date of Appointment or Conversion
MM / DD / YYYY

18. **Appointee (Only respond if you have been employed by the Federal Government before):** Your elections of life insurance during previous Federal employment may affect your eligibility for life insurance during your new appointment. These questions are asked to help your personnel office make a correct determination.

| | |
|---|---|
| 18a. When did you leave your last Federal job? | Date: (MM / DD / YYYY) |

18b. When you worked for the Federal Government the last time, did you waive Basic Life Insurance or any type of optional life insurance?
☐ YES  ☐ NO  ☐ DO NOT KNOW

18c. If you answered "YES" to item 18b, did you later cancel the waiver(s)? If your answer to item 18c is "NO," use item 16 to identify the type(s) of insurance for which waivers were not canceled.
☐ YES  ☐ NO  ☐ DO NOT KNOW

U.S. Office of Personnel Management

5 U.S.C. 1302, 3301, 3304, 3328 & 8716

Optional Form 306
Revised August 2023
Previous editions obsolete and unusable

## Daniel Daly

| | |
|---|---|
| **From:** | Vicky Torres |
| **Sent:** | Tuesday, March 18, 2025 11:34 AM |
| **To:** | Ellen Standiford |
| **Subject:** | RE: Part 19: detailee onboarding (please expedite) |

Yes, will do.

Thanks.

**From:** Ellen Standiford
**Sent:** Tuesday, March 18, 2025 11:31 AM
**To:** Vicky Torres
**Subject:** FW: Part 19: detailee onboarding (please expedite)

(b) (2), (b) (5)

**From:** Vicky Torres <Vicky.Torres@fcc.gov>
**Sent:** Tuesday, March 18, 2025 11:10 AM
**To:** Ellen Standiford <Ellen.Standiford@fcc.gov>
**Subject:** FW: Part 19: detailee onboarding (please expedite)

Hi Ellen,

(b) (2), (b) (5)

Please advise. Thanks!
Vicky

**From:** Kathleen Fulp <Kathleen.Fulp@fcc.gov>
**Sent:** Tuesday, March 18, 2025 11:00 AM
**To:** Vicky Torres <Vicky.Torres@fcc.gov>
**Cc:** Lauren Northrop <Lauren.Northrop@fcc.gov>
**Subject:** RE: Part 19: detailee onboarding (please expedite)

Hi Vicky,

(b) (2), (b) (5)

1

We are standing by to move quickly once we hear back from you. Thank you!

*-Kathleen*
Direct | (202) 418-1545
Mobile (b) (6)

*****************************

Non-Public; For Internal Use Only


---

**From:** Vicky Torres <Vicky.Torres@fcc.gov>
**Sent:** Monday, March 17, 2025 3:20 PM
**To:** Ethics Approvals <Ethics.Approvals@fcc.gov>; Raenell Drafts <Raenell.Drafts@fcc.gov>; Shaneequa Godfrey <Shaneequa.Godfrey@fcc.gov>; David Yarborough <David.Yarborough@fcc.gov>
**Cc:** Lauren Northrop <Lauren.Northrop@fcc.gov>
**Subject:** RE: detailee onboarding (please expedite)
**Importance:** High

Good afternoon,

(b) (2)

Thanks so much!
Vicky

2



FCC FOIA No. 2025-000636                                                                                    000035

# Federal Communications Commission
## Washington, DC  20554

### **Financial Interests Certification**

- I have received copies of the following documents, have read and understand each one:
  - Standards of Ethical Conduct for Employees of the Executive Branch, and particularly:
    - 5 CFR 2635, Subpart D (Conflicting Financial Interests)
    - 5 CFR 2635, Subpart E (Impartiality in Performing Official Duties)
  - Supplemental Standards of Ethical Conduct for Employees of the Federal Communications Commission (5 CFR 3901)
  - Supplemental Financial Disclosure Requirements for Employees of the Federal Communications Commission (5 CFR 3902)
  - Federal Communications Commission Employee Responsibilities and Conduct (Title 47, Chapter 1, Part 19, 19.735-101 through 203 (particularly §202))

- In order to assure my compliance with these regulations and to facilitate any necessary conflict of interest determination for financial interests held by myself, my spouse, or minor children, I certify that I and/or my family (check one):

  [✓] **DO** currently hold financial interests in a corporation, company, firm, mutual fund, trust or other business enterprise.

  [ ] **DO NOT** currently hold financial interests in a corporation, company, firm, mutual fund, trust or other business enterprise.

- I understand that this certification covers all interests, and is not limited to entities considered to be communications-related.

- I have also received a copy of the FCC Directive, FCC Instruction 1139.1, "*Management of Non-Public Information*" and understand my obligation to become familiar with and follow the procedures contained in this directive.

| Applicant's Name (printed) | Tarak Makecha | | |
|---|---|---|---|
| | *4g3 Volunteer Expert, OCH* | | This block is for OGC use only. |
| Applicant's Signature | TARAK MAKECHA  Digitally signed by TARAK MAKECHA  Date: 2025.03.17 13:57:34 -04'00' | Date | 03/17/2025 |

FCC Office of General Counsel Approval

| OGC Ethics Official Name & Title | Lauren Northrop, Ethics Program Manager | | |
|---|---|---|---|
| Signature | Lauren Northrop  Digitally signed by Lauren Northrop  Date: 2025.03.26 12:46:50 -04'00' | Date | 03/26/2025 |