UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **NINA BURLEIGH,** <br> **FREQUENCY FORWARD** <br><br> Plaintiffs, <br><br> **FEDERAL COMMUNICATIONS COMMISSION** <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 25-1268 (ABJ) <br> ) <br> ) <br> ) <br> ) |

### O RD E R

UPON CONSIDERATION of Plaintiff's motion for a preliminary injunction, Defendant's response, and the entire record, it is this ___ day of August, 2025;

ORDERED that plaintiff's motion is granted; and it is

FURTHER ORDERED that Defendant, the Federal Communications Commission ("FCC)," shall fully process and produce all non-exempt records along with a *Vaughn* index no later than October 10, 2025.

SO ORDERED, this _____ day of August, 2025.

                                                                                              _____
                                                                                              AMY BERMAN JACKSON
                                                                                              United States District Judge