UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NINA BURLEIGH,**<br>**FREQUENCY FORWARD**<br><br>　　　　　Plaintiffs,<br><br>**FEDERAL COMMUNICATIONS COMMISSION**<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 25-1268 (ABJ)<br>)<br>)<br>)<br>) |

**DECLARATION OF NINA BURLEIGH**

I, NINA BURLEIGH, declare as follows:

1. I am a journalist, author, documentary producer, and publisher of a substack on politics. I am a contributing editor at The New Republic and frequent contributor to the New York Times and New York Magazine. I am also the author of eight books on an array of topics.

2. My career has focused on covering politics. For example, I was the National Politics Correspondent for Newsweek and I covered the White House for Time. I have contributed to numerous magazines and newspapers articles about politics.

3. My ability to obtain the requested public records promptly and without undue delay is essential to my mission to disseminate information about government activity to the public.

4. The facts of this case are fully set forth in the Memorandum In Support Of Plaintiffs' Motion For A Preliminary Injunction.

Dated: August 25, 2025　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/Nina Burleigh

　　　　　　　　　　　　　　　　　　　　　　Nina Burleigh