UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NINA BURLEIGH, <br> FREQUENCY FORWARD <br><br> Plaintiffs, <br><br> FEDERAL COMMUNICATIONS COMMISSION <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 25-1268 (ABJ) <br> ) <br> ) <br> ) <br> ) |

**DECLARATION OF ELIZABETH BATTISTE**

I, ELIZABETH BATTISTE, declare as follows:

1. I am vice president of Frequency Forward, a nonprofit organization operating under section 501(3) of the Internal Revenue Code. Frequency Forward is a public-interest organization and consumer advocacy watchdog dedicated to promoting greater transparency and accountability at the Federal Communications Commission (FCC). Frequency Forward is committed to protecting the rights of citizens to be informed about the activities of FCC officials, ensure the integrity of those officials and empower citizens to have an influential voice in government decisions and in the government decision-making process through the dissemination of information about public officials and their actions.

2. Frequency Forward's mission is to shine a spotlight on critical issues shaping the media, telecommunications, and broadband policy landscape. We achieve this by actively engaging in the FCC's regulatory process and educating the media and consumers when the agency prioritizes private or corporate interests over the broader public good. Our primary goal is to disseminate information to the public so as to promote transparency and accountability at the FCC.

3. To advance its mission, Frequency Forward uses a combination of research, litigation, and advocacy. As part of those efforts, Frequency Forward uses government records it obtains under the Freedom of Information Act ("FOIA").

4. Consistent with its regular practice, Frequency Forward intends to disseminate to the public the records it receives in response to the FOIA request that is the subject of this litigation.

5. The facts of this case are fully set forth in the Memorandum In Support Of Plaintiffs' Motion For A Preliminary Injunction.

Dated: August 25, 2025                                     Respectfully submitted

                                                                            /s/ Elizabeth Battiste

                                                                            Elizabeth Battiste