UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NINA BURLEIGH,<br>FREQUENCY FORWARD<br><br>Plaintiffs,<br><br>FEDERAL COMMUNICATIONS COMMISSION<br><br>Defendant. | Civil Action No. 25-1268 (ABJ) |

## PLAINTIFFS' MOTION FOR LEAVE TO TAKE DISCOVERY

1. Plaintiffs, Nina Burleigh and Frequency Forward, respectfully request that the Court issue an order permitting Plaintiffs to seek discovery under Federal Rule of Civil Procedure 26(d), including leave to take the deposition(s), under Federal Rule 30(b)(6), of an appropriate Federal Communications Commission ("FCC") witness or witnesses.

2. The grounds for this motion are set forth in the accompanying memorandum of points and authorities.

3. Counsel for Plaintiffs conferred with Defendant's counsel. Defendant opposes the relief requested in this motion.

Respectfully submitted

By: /s/ Arthur Belendiuk
Arthur V. Belendiuk
D.C. Bar No. 336768
Smithwick & Belendiuk, P.C.
5028 Wisconsin Avenue, N.W., #301
Washington, D.C. 20016
(202) 363-4559

Dated: February 9, 2025