UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NINA BURLEIGH,<br>FREQUENCY FORWARD<br><br>Plaintiffs,<br><br>FEDERAL COMMUNICATIONS COMMISSION<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 25-1268 (ABJ)<br>)<br>)<br>)<br>)<br>) |

## O RD E R

UPON CONSIDERATION of Plaintiffs' "Motion For Leave To Take Discovery," Defendant's response, and the entire record, it is this ___ day of February, 2026;

ORDERED that Plaintiffs' motion is granted.

SO ORDERED, this _____ day of February, 2026.

_____
AMY BERMAN JACKSON
United States District Judge