UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NINA BURLEIGH, et al.,<br><br>             Plaintiffs,<br><br>     v.<br><br>FEDERAL COMMUNICATIONS<br>COMMISSION,<br><br>             Defendant. | Civil Action No. 25-cv-1268 (ABJ) |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated March 6, 2026, Plaintiffs, Nina Burleigh and Frequency Forward, and Defendant, the Federal Communications Commission ("FCC"), respectfully submit the following joint status report regarding the Parties' respective positions on next steps in this litigation.

1.      On March 26, 2026, counsel for the parties conducted a video conference to discuss Defendant's search for records.

2.      The parties agreed that Defendant would produce the remaining records on April 29, 2026.

3.      The parties disagree on the adequacy of the search.  During the video conference the FCC was unable to provide at that time, the criteria it used in searching for responsive documents. This made it impossible for Plaintiffs to suggest where else or for what else the FCC should be searching. The FCC further indicated that it conducted a reasonable search of requested documents, because, inter alia, DOGE personnel were only detailed to the FCC for a short period of time and that Carr and Watson did not have the phone numbers. The FCC also indicated that in

accordance with its search, to its knowledge, there were no communications concerning DOGE or any persons affiliate with DOGE including Musk affiliated entities before January 20, 2025.

4.    According, the parties agreed on the following briefing schedule:

1.  June 1, 2026: Defendant's Motion for Summary Judgment.

2.  June 17, 2026: Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

3.  June 26, 2026: Defendant's Reply in Support of its Motion for Summary Judgment.

Dated: April 6, 2025                    Respectfully submitted,

/s/ Arthur V. Belendiuk                 JEANINE FERRIS PIRRO
Arthur V. Belendiuk                     United States Attorney
D.C. Bar No. 336768
Smithwick & Belendiuk, P.C.
5028 Wisconsin Avenue, N.W., #301       By:    /s/ Amanda L. Torres
Washington, D.C. 20016                         AMANDA L. TORRES, D.C. Bar #1562702
(202) 363-4559                                 Assistant United States Attorney
                                               601 D Street, NW
                                               Washington, DC 20530
*Counsel for Plaintiffs*                       (202) 252-2507

                                        *Attorneys for the United States of America*

2